# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARLOS MAGNA, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No. C18-641 RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

This matter comes before the Court on Plaintiff's "Motion for Voluntary Dismissal Pursuant to FRCP 41(1)(a)." Dkt. #3. The Court notes that dismissal without a court order is permissible in this case under Rule 41(a)(1)(A)(i). However, given that the Court has previously ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute, and to avoid confusion, the Court will now simply grant Plaintiff's Motion and dismiss this case without prejudice.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Voluntary Dismissal (Dkt. #3) is GRANTED. This case is CLOSED.

DATED this 1st day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL - 1

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL - 2